## AFFIDAVIT IN SUPPORT OF

## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Bruno Ricardo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations and have been since March 2023. I am currently assigned to the Immigration Crimes Group in San Juan, Puerto Rico. I am an investigative law enforcement officer of the United States who is empowered to conduct investigations of and to make arrests for offenses enumerated in Title 8, 18, 19, 21 and 31, United States Code, Section 2516. Prior to my appointment as a Homeland Security Investigations Special Agent, I was employed as a United States Customs and Border Protection (CBP) Officer and was assigned as a sworn law enforcement officer to the San Francisco Port of Entry Area of Operations. During my tenure as a CBP Officer, I completed approximately 712 hours of instruction at the FLETC. During my training I received instruction on conducting drug interdictions, identifying fraudulent travel documents, interviewing techniques, identifying signs of deception, basic law enforcement skills, anti-terrorism, immigration law, trade law, and search procedures. As a Homeland Security Investigations Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the

United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of *8 U.S.C. 1326(a) & (b)(1) – Reentry of removed alien after a felony conviction* has been committed by **Francisco Javier ARACENA DE LA ROSA.**

## PROBABLE CAUSE

4. On December 18, 2025, **Francisco Javier ARACENA DE LA ROSA (ARACENA)** was remanded to the custody of U.S Immigration and Customs Enforcement (ICE) at the Bayamon Regional Jail, following a dismissal of a criminal complaint for domestic violence charges. ICE determined that **ARACENA** had unlawfully entered the United States from the Dominican Republic, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States and that he had previous convictions for Reentry of Removed Alien 8 U.S.C. § 1326(a). **ARACENA** was transported to the ICE San Patricio office for further processing. **ARACENA** was issued a Form I-200, warrant for arrest of alien, on scene and transported to the Guaynabo, PR processing center. While at ICE San Patricio

office **ARACENA** was read his Miranda rights at approximately 13:20 hours by ICE agents. **ARACENA** agreed to talk to agents and signed a Miranda waiver form. During the interview **ARACENA** stated that he was deported previously in 2018 after pleading guilty to Reentry of Removed Alien 8 U.S.C. §1326(a) and that he returned via "Yawl" in 2024.

5. As to **ARACENA's** immigration and criminal history, record checks revealed the following:

   a. On 05/22/2000, **ARACENA** was apprehended by U.S. Border Patrol as part of a group that landed at Cabo Rojo, Puerto Rico with approximately 50-70 undocumented aliens. **ARACENA** was administratively processed with the filing of a notice to appear. On 01/19/2001, an immigration judge issued a final order of removal for **ARACENA**. On 01/24/2001, **ARACENA** was removed from the United States to the Dominican Republic.

   b. On 02/14/2018 **ARACENA** was apprehended at Calle Roble #17, Barrio Juan Domingo, Bayamon, PR by ICE/ERO agents. **ARACENA** provided a sworn statement to agents where he admitted to entering without inspection via yawl some time between 2005 and 2006. In addition, he was criminally prosecuted for reentry of removed alien, in violation of 8 U.S.C. § 1326(a) in criminal case no. 18-146 (GAG), and on 07/12/2018 he was sentenced to a 3-year term of probation. Subsequently on 08/21/2018 **ARACENA** was removed from the United States to the Dominican Republic.

6. Record checks also revealed that as of December 18, 2025, **ARACENA** had not applied requesting permission to enter the United States before any immigration agency. Thus, **ARACENA** has not obtained consent from the Secretary of Homeland Security to enter

the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

## CONCLUSION

7. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that **ARACENA** reentered the United States after having been removed and after having been convicted of a felony, in violation of 8 U.S.C. 1326(a) & (b)(1).

Respectfully submitted,

_____
Bruno Ricardo
Special Agent
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at  9:52am   by telephone, this  19th   day of December, 2025.

_____
HON. MARIANA BAUZÁ ALMONTE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO